*In re* JOSÉ M. ROSADO MARTÍNEZ.

*Número:* TS-9477          *Resuelto:* 6 de julio de 2001

*Carmen H. Carlos*, Directora de la Oficina de Inspección de Notarías, en informe; *Edgardo Ortiz Bauzá*, Director Interino de la Oficina de Inspección de Notarías; *Margarita Carrillo Iturrino*, abogada del querellado; *José M. Rosado Martínez, pro se.*

# RESOLUCIÓN

SALA DE VERANO integrada por el Juez Asociado Señor Rebollo López, como su Presidente, y los Jueces Asociados Señor Hernández Denton y Señor Fuster Berlingeri.

Atendida la moción en la que se solicita la reinstalación al ejercicio de la abogacía presentada por el abogado peticionario, y lo expresado por la Lcda. Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías, en su Informe, se ordena la reinstalación al ejercicio de la abogacía del Lcdo. José M. Rosado Martínez.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*